O

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO, | NO. CV 23-188-DDP (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| L. MARTINEZ, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:  May 15, 2025

_____
DEAN D. PREGERSON
United States District Judge