JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MALDONADO, <br><br>　　　　　　Petitioner, <br><br>　　v. <br><br>L. MARTINEZ, Warden, <br><br>　　　　　　Respondent. | NO. CV 23-188-DDP (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: May 15, 2025

_____
DEAN D. PREGERSON
United States District Judge